To whom it may concern,

My current incarceration is a violation of all my Constitutional Rights. When I was in court on June 14th, 2024, I made it very clear on the record that I do not want my Constitutional Rights traded for Statuatory Priveleges. Judge Leonard further the violation of my Rights by not reading his oath of Office on the record then violated my 9th Amendment Rights of me representing myself and forcing an attorney who I have had multiple dissagreements with and who I am for sured does not have my best interest at heart. I am being forced to an obligation of contract, A contract to which I do not agree, nor do I consent, nor have I agreed too. My next court date is not until January 2025 that is a violation of my speedy trial Rights, I am not claiming sovereign citizen to be clear. I am only a man that realizes he has rights protected by the US Constitution and State Constitution because I am a natural born citizen under the law of the land and common Law. Release me a man of this country back to his community so I can raise my 2 autistic daughters along with my 2 month infant properly and help & assist my mother and brother with my sick elderly grand mother.

Signed,
[signature]
UCC 1-308 Without Prejudice