6-25-24

For the Record and to let the Record Reflect, according to Article I sec. 8 clause 17 of the constitution, the legislation of Congress does not extend to the Jurisdiction of this court for it exceeds ten miles square of the District.

Also for the record and let the Record reflect clearly, I do not accept, I Do not agree to these charges this court is forcing upon me against my will. Nor do I understand the intent of this court.

I demand my release immediately with these acqusations discharged and restitution awarded. 4:23CR54

I am standing on my constitutional rights as a citizen

Signed,
Kamari Johnson
CCC 1-308
without prejudice