9ev. 02/2006

# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

| | |
|---|---|
| Set: 11:00 a.m. | Date: June 24, 2026 |
| In Court: 11:00 a.m. - 2:20 p.m. | Judge: Arenda Wright Allen |
| In Court: 4:25 p.m. – 5:30 p.m. | Court Reporter: Michelle Maar |
| | U.S. Attorney: Eric Hurt |
| | Defense Counsel: John Gregorio |
| | Courtroom Deputy: Lorraine Curtis |
| | Probation Officer: Kalyn Monreal |

Case No. 4:23cr54-032
Defendant: Kamani Johnson          (X) in custody  (  ) on bond

 X   Came on for disposition.    X   Defendant sworn.

 X   Presentence Report reviewed.    X   Objections heard and rulings made.

 X   Court adopts PSR for the purpose of establishing the advisory guidelines.

 X   Evidence presented. (Government's Witness: Agent Jason Holsinger)

 X   Arguments of counsel heard.  X   Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts  2 and 49 : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of **TWO HUNDRED EIGHTY-EIGHT (288) MONTHS**. This term consists of TWO HUNDRED EIGHTY-EIGHT (288) MONTHS on Count 2 and a term of SIXTY (60) MONTHS on Count 49, all to be served concurrently.

 X   The defendant is remanded to the custody of the U.S. Marshal.

____  The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

____  If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

____  If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:

____  The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

__X__ Upon release from imprisonment, the defendant shall be on supervised release for a term of **FOUR (4) YEARS.** This term consists of FOUR (4) YEARS on Count 2 and a term of THREE (3) YEARS on Count 49, all to run concurrently.

____ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The defendant waived the reading of the special conditions in open court.*

*The defendant shall comply with the standard and special conditions that have been outlined in the PSR and incorporated into the Judgment.*

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

 X  As to count  2 , the defendant shall pay a special assessment in the amount of  $100.00    .
 X  As to count   49 , the defendant shall pay a special assessment in the amount of  $100.00    .

The total special assessment due is    $200.00        and shall be due in full immediately.

## FINE:
 X   No fine imposed
___ Court finds defendant is unable to pay fine.

## RESTITUTION:

___ Restitution to be determined.

 X   No restitution imposed.

___ The defendant shall make restitution in the amount of $_____.

___ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

  X   The special assessment shall be due in full immediately.   Any balance remaining unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence 60 days after the defendant's supervision begins.

___ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment and statutory victim assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

 X   Any special assessment payments may be subject to penalties for default and delinquency.

 X   Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

 X    Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

 X   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.


  X  The defendant notified of right of appeal.

___ Court noted that defendant waived right of appeal in plea agreement.

___ On motion of government, remaining counts dismissed.

___ The defendant is continued on present bond and cautioned re bail jumping.


 X   Court recommends incarceration at

         X   a facility as close to the Tidewater Virginia area as possible.
         X   a facility with a Residential Drug Abuse Program (RDAP) or similar substance abuse program.

         X   a facility with vocational and educational opportunities

         X   a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

         X   a facility that will provide anger management treatment.


___ Consent Order of Forfeiture entered and filed on.


## Additional Counts/Comments:

_____

_____

_____

_____

_____

_____